Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 —fax

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>*Plaintiff,*<br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS , INC., A California Corporation; FIRST MAGNUS FINANCIAL CORPORATION/CHARTER FUNDING (a Mortgage Broker), a Foreign Corporation; LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; AMY BLAZER, individually a Nevada resident; MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; ; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action.<br><br>*Defendants.* | Case # **3:09-cv-00595-ECR-RAM**<br><br><br><u>**NOTICE OF RELATED**</u><br><br><u>**CASES**</u> |

TO THE COURT:

    Please take notice that there presently are filed in the United District Court District of Nevada (Northern Division-Reno) the following related case, wherein Plaintiff has initiated the action in Nevada State Courts and various Defendants filed petitions for removal. Plaintiff subsequently has filed motions for remand, based

upon a lack of Federal Question, or complete diversity of citizenship. The matters are all pending:

Mesi vs Washington Mutual F.A. 3:09-cv-HDM-VPC

Lee vs Sierra Pacific Mort. 3:09-cv-00690- LRH-RAM;

Youngren vs Ownit Mort. 3:09-cv- 00595- ECR-RAM (this case)

Huynh vs First National Bank of Nevada. 3:09-cv-00577 RCJ-VPC

Huck vs Countrywide Home Loans Inc.. 3:09-cv-ECR-VPC

Gillespie vs Countrywide Bank FSB. 3:09-cv-00556 RCJ-VPC

Dated: This 10th day of October, 2009.

                                                                S
Rick Lawton Esq.
State Bar # 00694

Rick Lawton's Law Office

5435 Reno Hwy.
P.O. Box 1740
Fallon, Nevada 89406
Ph:: 775-867-5599
FAX: 775-867-2559
lawtonrick(&,earthlink.net