```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

GRANT MATTHEW YOUNGREN,            )    3:09-CV-00595-ECR-RAM
                                   )
        Plaintiff,                 )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: October 19, 2009
                                   )
OWNIT MORTGAGE SOLUTIONS, INC.,    )
a California corporation, et al., )
                                   )
        Defendants.                )
_____)

PRESENT:     EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN        Reporter:   NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    This case is referred to the Chief Judge for reassignment to another Judge.

                                         LANCE S. WILSON, CLERK

                                         By        /s/
                                              Deputy Clerk