Patrick G. Byrne (Nevada Bar No. 7636)
pbyrne@swlaw.com
Andrew D. Sedlock (Nevada Bar No. 9183)
asedlock@swlaw.com
Erica Stutman (Nevada Bar No. 10794)
estutman@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200

Attorneys for Defendants MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

(NORTHERN DIVISION - RENO)

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>*Plaintiff,*<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC., a California Corporation; FIRST MAGNUS FINANCIAL CORPORATION/CHARTER FUNDING (a Mortgage Broker), a Foreign Corporation; LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; AMY BLAZER, individually a Nevada resident; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware Corporation, [MERS]; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action].<br><br>*Defendants.* | Case No. 3:09-cv-00595-ECR-RAM<br><br>**JOINT[1] STATUS REPORT** |

Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. (collectively, "MERS") and Litton Loan Servicing, LP ("Litton") through the undersigned,

---

[1] Counsel for Plaintiff received a draft of this report on October 29, 2009, but has indicated that he did not wish to join this report.

10692895

submit the following Joint Status Report, as required by the Court's October 6, 2009 Minute Order Concerning Removal.

   *1.   Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this Court:*

**Status**

MERS removed this action, with the consent and joinder of Litton, on October 5, 2009 from the Second Judicial District Court of the State of Nevada, County of Washoe. (Doc # 1). The Court issued a Minute Order in Chambers requiring that a Statement Regarding Removed Action and Joint Status Report be filed. (Doc # 2). Both have now been filed. On October 7, 2009, Plaintiff filed a motion to remand (Doc. # 4), and MERS filed an Opposition thereto on October 23, 2009. (Doc. # 18). On October 26, 2009, Litton also filed its opposition to Plaintiffs' motion to remand (Doc. # 20). Plaintiff filed a reply in support of remand on November 4, 2009 (Doc. # 23).

In a separate motion, Plaintiff has requested that the Court stay the federal proceedings pending resolution of his motion to remand and that the Court order the Defendants to disclose certain information. (Doc. # 10). MERS and Litton have responded to Plaintiff's motion (Doc. ## 14, 19).

This case was initially assigned to Judge Edward C. Reed. Judge Reed referred this action to Chief Judge Roger L. Hunt for reassignment. (Doc. # 16). On November 6, 2009, this case was reassigned to Judge Larry R. Hicks. (Doc. # 31).

Plaintiff has notified the Court of related actions (Doc. # 8). MERS has also notified the Court of related actions and requested transfer of the related actions to District Judge Robert C. Jones. (Doc. # 17).[2]

**Pending Motions**

- Plaintiff's Motion to Remand and MERS's and Litton's Opposition (Doc. ## 4, 18, 20)

---

[2]   On November 2, 2009, the Court issued a minute order reassigning the instant case from Magistrate Judge Robert A. McQuaid, Jr. to Magistrate Judge Valerie P. Cook for all further proceedings consistent with her jurisdiction.

- Plaintiff's Motion to Stay and Demand Disclosure and MERS's and Litton's Responses (Doc. ## 14, 19)
- MERS's Notice of Related Cases and Notice of Request to Transfer Related Cases to District Judge Robert C. Jones (Doc. #17)
- Stipulation and Order for Extension of Time for MERS to Answer or Otherwise Respond to Complaint (Second Request) (Doc. #30).

2. *Include a statement by counsel of action required to be taken by this Court:*

The parties request that the Court make a determination as to the above pending motions.

3. *Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the Court's attention not previously attached to the Notice of Removal:*

The undersigned are unaware of any further motions or pleadings in this action that were not already attached to the Notice of Removal or subsequently filed with the Court herein.

Dated this 6th day of November, 2009

Dated this 6th day of November, 2009

SNELL & WILMER L.L.P.

By: /s/ Erica J. Stutman
Patrick G. Byrne, Esq. (NV Bar No. 7636)
Erica J. Stutman, Esq. (NV Bar No. 10794)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*ATTORNEYS FOR DEFENDANTS MERSCORP, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

By: /s/ Brian M. Forbes
Gary Schnitzer, Esq. (NV Bar No. 395)
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

R. Bruce Allensworth, Of Counsel
Brian M. Forbes, *pro hac vice*
Gregory N. Blase, *pro hac vice*
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
*Attorneys for Litton Loan Servicing LP*

10692895

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I electronically filed the foregoing JOINT STATUS REPORT using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

*/s/ Jaylene Kim*
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10692895

- 4 -