Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 –fax

ROBERT HAGER, ESQ.
NEVADA STATE BAR # 1482
Hager & Hearne
245 East Liberty Street, Suite 110
Reno, Nevada 89501
(775) 329 5800
(775) 329 5819 – facsimile

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>*Plaintiff,*<br><br>*vs.*<br><br>OWNIT MORTGAGE SOLUTIONS, INC., a California Corporation; FIRST MAGNUS FINANCIAL CORPORATION/CHARTER FUNDING (a Mortgage Broker);, a Foreign Corporation; LITTON LOAN SERVICING L.P.; AMY BLAZER, individually a Nevada Resident; MERSCORP, INC. a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., a Subsidiary of MERSCORP, INC., a Delaware Corporation [MERS] and DOES 1-25 CORPRORATIONS, DOES and ROES 1-25 individuals, [Partnerships, or anyone claiming any interest to the property described in the action<br><br>*Defendants.* | Case No. 3:09-cv-00595-ECR-BLG<br><br><br><br>**REPLY TO DEFENDANTS' LIPPON LOAN SERVICING LP'S OPPOSITION TO PLAIINTIFFS' MOTION TO REMAND TO THE THIRD JUDICIAL DISTIRCT, STATE OF** |

COMES NOW, Plaintiff above name, by and through his attorneys of record

1

and in reply to Defendants' Lippon Loan Servies ;P'S opposition to Plaintiffs' motion to remand to State Court. This reply is supported by the following points and authorities.

## POINTS AND AUTHORITIES

LIPPON LOAN SERVICES LP, joined in the opposition of MORTGAGE ELECTORNIC REGISTRATION SYSTEMS, INC., ("MERS") and MERSCORP, INC. ("MERSCORP")  [sic] to Plaintiff's Motion to Remand to the Third Judicial District, State of Nevada,[Docket no. 18].

By these presents, Plaintiff reply to such joining in the opposition by reference to Docket 23, "Reply to Response to [4] Motion to Remand.

DATED: this 7th day of November, 2009.

_____/s/_____
RICK LAWTON ESQ.
Attorney for Plaintiff
State Bar #00694

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2009, I electronically filed the foregoing:

**REPLY TO DEFENDANTS' LIPPON LOAN SERVICING LP'S OPPOSITION TO PLAIINTIFFS' MOTION TO REMAND TO THE THIRD JUDICIAL DISTIRCT, STATE OF**

Using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

          /s/ Lavinia Johnston
Lavinia Johnston