Gary Schnitzer, Esq.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct: 702 222-4142
Office: 702 362-6666
Fax:    702 362-2203
Email: gschnitzer@kssattorneys.com

R. Bruce Allensworth
Brian M. Forbes
Gregory N. Blase
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel. (617) 261-3100
Fax (617) 261-3175
Email: bruce.allensworth@klgates.com
        brian.m.forbes@klgates.com
        gregory.blase@klgates.com
**Attorneys for Litton Loan Servicing LP**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>Plaintiff,<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 3:09-cv-00595-LRH-VPC<br><br>**LITTON LOAN SERVICING LP'S CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 7.1-1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the United States District Court for the District of Nevada, the undersigned, counsel of record for defendant Litton Loan Servicing LP, certifies that the following have an interest in the outcome of this case: Litton Loan Servicing LP; Litton Consumer and Corporate Servicing LLC; Litton Mortgage Servicing LLC; and The Goldman Sachs Group, Inc.

Defendant Litton Loan Servicing LP ("Litton") is a limited partnership. Litton's general

1  partner is Litton Consumer and Corporate Servicing LLC and its limited partner is Litton
2  Mortgage Servicing LLC.  The ultimate corporate parent of the limited partnership is The
3  Goldman Sachs Group Inc, a publicly traded company.
4      These representations are made to enable judges of the Court to evaluate possible
5  disqualification or recusal.

                        Respectfully submitted,

                        /s/ Gary E. Schnitzer
                        Gary Schnitzer, Esq.
                        Nevada Bar No. 395
                        Kravitz, Schnitzer, Sloane & Johnson, Chtd.
                        8985 Eastern Avenue, Suite 200
                        Las Vegas, Nevada 89123
                        Direct: 702 222-4142
                        Office: 702 362-6666
                        Fax:    702 362-2203
                        Email:  gschnitzer@kssattorneys.com

                        R. Bruce Allensworth
                        Brian M. Forbes
                        Gregory N. Blase
                        K&L GATES LLP
                        State Street Financial Center
                        One Lincoln Street
                        Boston, MA 02111
                        Tel. (617) 261-3100
                        Fax  (617) 261-3175
                        Email:   bruce.allensworth@klgates.com
                                      brian.m.forbes@klgates.com
                                      gregory.blase@klgates.com
                        **Attorneys for Litton Loan Servicing LP**

November 9, 2009

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-1, I hereby certify that on November 9, 2009, I electronically transmitted the above **Litton Loan Servicing LP's Certificate As To Interested Parties Pursuant To Fed. R. Civ. P. 7.1 And L.R. 7.1-1** to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing.

/s/ Donna M. Adams
An Employee of Kravitz, Schnitzer, Sloane & Johnson, Chtd.