UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GRANT MATTHEW YOUNGREN,

    Plaintiffs,

vs.

OWNIT MORTGAGE SOULTIONS, INC., a California Corporation et al.,

    Defendants.

Case No. 3:09-cv-00595-ECR-RAM

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Brian M. Forbes, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 55 Myrtle Street, Newton, MA, 02465.

2. That Petitioner is an attorney at law and a member of the law firm of K&L Gates LLP with offices at State Street Financial Center, One Lincoln Street, Boston, 02111 (617) 261-3100, brian.m.forbes@klgates.com.

3. That Petitioner has been retained by Litton Loan Servicing LP to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That, since December 14, 1999, Petitioner has been and at present is a member in good standing of the bar of the highest Court of the Commonwealth of Massachusetts where Petitioner regularly practices law. The Petitioner's bar number for the Commonwealth of Massachusetts is 644787.

1  5. That Petitioner was admitted to practice before the following United States District
2  Courts, and United States Circuit Courts of Appeal on the dates indicated for each, and that
3  Petitioner is at present a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for the District of Massachusetts | 2001 | N/A |
| United States District Court for the Northern District of Illinois | 2008 | 644787 |
| United States District Court for the Eastern District of Wisconsin | 2005 | N/A |
| United States Court of Appeals for the First Circuit | 2003 | 91141 |
| United States Court of Appeals for the Ninth Circuit | 2007 | N/A |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. The Petitioner has never been denied admission to the State Bar of Nevada.

8. The Petitioner is a member of good standing in each of the state and federal courts to which he has been admitted to practice.

9. Petitioner and members of his firm's Boston office have filed applications to appear as counsel under Local Rule IA 10-2 during the past three (3) in the following matters:

| Application Date | Cause | Title of Court | Granted or Denied |
|---|---|---|---|
| 07/31/2009 | Green, et al. v. Country Home Loans, Inc., et al., No. 3:09-cv-00374 | United States District Court for the District of Nevada | Granted |
| 07/31/2009 | Goodwin, et al. v. Executive Trustee Services, LLC, et al., No. 3:09-cv-00306 | United States District Court for the District of Nevada | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct of attorneys to the same extent as a member of the State Bar of Nevada.

1     12.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

COMMONWEALTH OF Massachusetts )
COUNTY OF Suffolk )

Brian M. Forbes, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

7th day of October, 2009.

_____
Notary public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY
## ADMITTED TO THE BAR OF THIS COURT
## AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Gary Schnitzer, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: Kravitz, Schnitzer, Sloane and Johnson, 8985 Eastern Avenue, Suite 200, Las Vegas, Nevada 89123, Telephone: (702) 362-6666.

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Gary Schnitzer as their Designated Resident Nevada Counsel in this case.

_____
(Party Signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____    395
Designed Resident Nevada Counsel's Signature    Bar number

APPROVED:

DATED this 9th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE