UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
(RENO DIVISION)

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>*Plaintiff,*<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC., a California Corporation; FIRST MAGNUS FINANCIAL CORPORATION/CHARTER FUNDING (a Mortgage Broker), a Foreign Corporation; LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; AMY BLAZER, individually a Nevada resident; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware Corporation, [MERS]; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action].<br><br>*Defendants.* | Case No. 3:09-cv-00595-ECR-VPC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>EFFECTIVE JUNE 1, 2006<br>FILING FEE IS $175.00 |

Benjamin Weinberg, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Miami_____
    _____     (city)
    Miami-Dade                 Florida
    (county)                   (state)

2. That Petitioner is an attorney at law and a member of the law firm of

    Morgan, Lewis & Bockius LLP_____ with offices at

DB1/63899837.1

Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 5300
(street address)

| Miami | 33131 | (305) 415-3432 |
|---|---|---|
| (city) | (zip code) | (area code + telephone number) |

bweinberg@morganlewis.com
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by <u>MORTGAGE ELECTRONICS REGISTRATION SYSTEMS, INC., subsidiary of MERSCORP; and</u>
[client(s)]
<u>MERSCORP, INC.</u> to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since <u>12/19/2008,</u> Petitioner has been and presently is a member in
(date)
good standing of the bar of the highest Court of the State of <u>Florida</u> where
(state)
Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| State Bar of New York | 2003 | 4138764 |
| The Florida Bar | 2008 | 61519 |

DB1/63899837.1

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings except as described in detail below.

N/A

7. Has Petitioner ever been denied admission to the State of Nevada? (If yes, give particulars of every denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

Florida Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-02 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 8, 2009 | 3:08-CV-00468 | USDC District of Nevada | Granted |
| May 8, 2009 | 3:09-CV-00180 | USDC District of Nevada | Granted |
| May 8, 2009 | 3:09-CV-00233 | USDC District of Nevada | Granted |
| July 27, 2009 | 3:09-CV-00374 | USDC District of Nevada | Granted |
| July 27, 2009 | 3:09-CV-00306 | USDC District of Nevada | Granted |

DB1/63899837.1

| September 30, 2009 | 3:09-CV-00534 | USDC District of Nevada | Granted |
|---|---|---|---|

(If necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the Courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF Florida          )
                          )
COUNTY OF Miami-Dade      )

Benjamin Weinberg, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to me before this 4th day of November, 2009.

_____
Notary public or Clerk of Court

MADELYN CHAPOTEAU
MY COMMISSION # DD 814588
EXPIRES: August 14, 2012
Bonded Thru Budget Notary Services

DB1/63899837.1

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Patrick G. Byrne, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: Snell & Wilmer, 3883 Howard Hughes Pkwy, Suite 1100, Las Vegas, NV 89169

Phone: 702-784-5201
Fax: 702-784-5252
Email: pbyrne@swlaw.com

DB1/63899837.1

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints ____Patrick G. Byrne____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #7636
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

DATED this 9th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Rev 07,06