1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

(NORTHERN DIVISION - RENO)

| | |
|---|---|
| GRANT MATTHEW YOUNGREN,<br><br>*Plaintiff*,<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC., a California Corporation, et al,<br><br>*Defendants*. | Case No. 3:09-cv-595 - LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>***(SECOND REQUEST)*** |

///

///

///

## I. INTRODUCTION

Plaintiff Grant Matthew Youngren and Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. (together, "MERS") enter into this stipulation for an enlargement of time for MERS to respond to the Complaint for the following reasons:[1]

Plaintiff has requested that this case be stayed pending resolution of its Motion to Remand (Doc. # 10). Defendants did not oppose the request for a stay. Further, as stated in Plaintiff's and MERS' Notice of Related Cases, this case is one of several related cases pending in the District of Nevada. See Doc. ## 8, 17. MERS has requested that this and two other related cases be transferred to Judge Jones (Doc. # 17) and has, additionally, filed a Notice of Tag-Along Actions before the Judicial Panel on Multidistrict Litigation ("the MDL Panel") requesting that the MDL Panel consider this action, as well as several other similar actions, as part of a group of cases subject to transfer and consolidation. See Doc. # 25.

None of the motions, including Plaintiff's Motion to Remand (Doc. # 4), Plaintiff's Motion to Stay (Doc. # 10), MERS' Request to Transfer (Doc. # 17), nor MERS' Section 1407 motion to transfer and consolidate certain cases have been resolved. Therefore, the procedural future of this case is unclear. An enlargement of time for MERS to respond to the Complaint until the questions of whether this case will be remanded, transferred, and/or consolidated are resolved would promote efficiency and economy by conserving the resources of the parties, this Court, several of this Court's district and magistrate judges, the state courts from which these cases were removed, and the MDL Panel. Accordingly, Plaintiff and MERS enter into the following stipulation and request that the Court endorse the below order.

## II. STIPULATION

Plaintiff, GRANT MATTHEW YOUNGREN by and through his undersigned counsel of record, the Law Office of Rick Lawton, and Defendants MERSCORP, Inc. and

---

[1] MERS recognizes that this Court, on October 13, 2009, ordered that no further extensions of time to respond to the Complaint should be granted to MERS. Given the procedural history of this case and recent events which have occurred (and that are outlined in this Stipulation), MERS, in good faith, believes a second enlargement of time to respond to the Complaint would promote efficiency and conserve the Court and the parties' resources.

Mortgage Electronic Registration Systems, Inc., by and through their counsel of record, Snell & Wilmer, and in accordance with LR 7-1, hereby stipulate that Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. shall have up to and including **60 days** from entry of this order to answer or otherwise respond to the complaint in the above-captioned matter or **10 days** from the resolution of Plaintiff's Motion to Remand to State Court (Doc. # 3) *and* the Judicial Panel on Multidistrict Litigation's determination as to whether this case will be transferred to the MDL (*see* Doc. # 25) should these events occur before the expiration of the 60-day period.

Respectfully submitted, dated this 6th day of November, 2009.

/s/ Rick Lawton
Rick Lawton, Esq.
Nevada Bar No. 694
Law Offices of Rick Lawton
5435 Reno Highway
Fallon, Nevada 89407
*Attorneys for Plaintiff*

/s/ Erica J. Stutman
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Erica J. Stutman, Esq.
Nevada Bar No. 10794
Snell & Wilmer, L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169

Robert M. Brochin (*pro hac vice pending*)
Natalia Medina (*pro hac vice pending*)
Benjamin Weinberg (*pro hac vice pending*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Miami, FL 33131-2339

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED this 10th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE