UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GRANT MATTHEW YOUNGREN,         )
                                )        03:09-cv-00595-LRH-VPC
            Plaintiff,          )
                                )        MINUTES OF THE COURT
vs.                             )
                                )        August 14, 2014
OWNIT MORTGAGE SOLUTIONS, INC.; *et al.*, )
                                )
            Defendants.         )

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):     NONE APPEARING

COUNSEL FOR DEFENDANT(S):     NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    For the convenience of the parties and the court's administrative purposes, and given that all matters remanded to this court have been addressed, this case will now be closed administratively. The closing of this case administratively has no substantive effect on the status of the case. The parties shall request the court to reopen the case if and when the MDL remands further claims. At that time, an updated joint status report shall be filed with the request to reopen

    IT IS SO ORDERED.

                                LANCE S. WILSON, CLERK


                         By:     /s/
                                Deputy Clerk